Ms. Marina Urbina Luna
50 Subway East of Barra Del Colorado South Airport
Limon, San Jose, Costa Rica
Identification Card: 701060840

Honorable Darrin P. Gayles
Willkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

Dear Judge Gayles:

Judge, we are a very low-income family. We do not have any property or house of our own since very young I was left a widow and alone with my children and one of them special needs with Down Syndrome in which I had to separate from my children for reasons of appointments of my disabled son and the care of my mother.

Donald being the second of my children is a humble child with very low resources who was satisfied with what I could give him, growing up with his maternal grandparents, nor did he finish his school courses since economically the family needed him to work. Again, with my children after the therapies of my disabled son, Donald began to do jobs and began to work as captain of Coopetraca Public Transport because he already had his family who lived with me in the house that we rented since he and his family did not have the money to rent a place of their own. Donald gave his entire salary to me because he was already expecting his daughter, Ebonni.

After the pandemic began, everything was paralyzed, there was no work in Tortuguero, because it is a tourist area. We are now located in Barra Colorado Sur in a borrowed house and surviving on the pension of my disabled son and my disability, since I had surgery on my right arm.



DEFENDANT'S
EXHIBIT
A

2

I ask you Please Judge to give him a few years of sentence. Donald is sorry since he is very far from his family and daughter.  I do not have resources to go see him. He made decisions very young thinking for the welfare of his family.

I ask please that you understand me as a mother you do not know. Every day I think about how he is and how he make wrong decisions without thinking due to the lack of money and low resources.

Please have mercy on my son your Honor.  We all need him back home as soon as possible.

Marina Urbina Luna
Mother of Donald Urbina Luna

Ms. Sade Gutiérrez Wilson
50 Subway East of Barra Del Colorado South Airport
Limon, San Jose, Costa Rica
Identification Card:  70233-0446

Honorable Darrin P. Gayles
Willkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 11-1
Miami, Florida 33128

Dear Judge Gayles:

I am Donald Urbina's sentimental-life partner, and he is my daughter's father.

I am sending you this letter requesting clemency for Donald.

Donald is an honest person, a good father, and a hard worker.

Donald has a brother with Down Syndrome that he supports, loves, and cares for.  It has been very

difficult for the brother without Donald.

Donald's mother is handicapped and cannot work.  I work but I do not earn enough to pay all the

bills.

We live with Donald's mother, in a single room that we rent from her.

Donald and I have a 4-year-old daughter who misses her father very much.

Your Honor, Donald regrets his actions and promises never to participate in these activities again.

I believe Donald when he says this because I know him well and humbly request a merciful

sentence.

Please, your Honor.

Donald is a good person, and he is very sorry.

With respect,

Sade Gutiérrez Wilson
Mother of Donald's Daughter



DEFENDANT'S
EXHIBIT

B